1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br>vs.<br><br>JOSE MARTINEZ-GROSEYA<br>(aka: Salvador DORADO),<br>                        Defendant. | CASE NO. 03cr567-001-JM<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION OF PETITIONER'S MOTION TO PLEAD GUILTY TO VIOLATION OF SUPERVISED RELEASE AND FOR IMPOSITION OF SENTENCE IN ABSENTIA**<br><br>**Doc. No. 63** |
|---|---|

On September 10, 2008, Defendant filed a motion to, in effect, immediately plead guilty to (or admit) violation(s) of the terms of his supervised release and to request the imposition of a sentence in absentia to run concurrently with the 46-month sentence he is currently serving at the Talladega, Alabama, Federal Correctional Institution. Doc. No. 60. The court denied the motion on September 15, 2008. Doc. No. 61. Petitioner filed a motion for reconsideration on October 15, 2008.

Reconsideration of a court's pre-judgment order will not be granted "unless the District Court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law" since the issuance of the court order. *Kona Enterprises, Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000).

///

///

1  Petitioner fails to make such a showing. Therefore, the Motion (Doc. No. 63) is **DENIED.**

2  **IT IS SO ORDERED.**

3  DATED: October 23, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge